# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 2,811.—HORACE E. MARTIN, RESPONDENT, *v.* BERTHA E. MARTIN, APPELLANT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

Decided March 26, 1910.

PER CURIAM.—It is ordered that the appeal herein be, and the same is hereby, dismissed in accordance with request of counsel for appellant.

*Messrs. Walsh & Nolan,* for Appellant.

*Messrs. Ayers & Marshall,* and *Messrs. Hartman & Hartman,* for Respondent.

No. 2,856.—THE STATE OF MONTANA EX REL. ROSE TREFRY, RELATRIX, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, AND THE HON. JEREMIAH J. LYNCH, A JUDGE THEREOF, RESPONDENTS.

Original application for writ of supervisory control.

Decided April 6, 1910.

PER CURIAM.—Petition of relatrix for writ of supervisory control herein, heretofore submitted, was, after due consideration, by the court denied.

*Messrs. Mackel & Meyer,* for Relatrix.